IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: )
) Chapter 13
BENJAMIN D. SCHARGORODSKY ) Case No. 17-20776
AND GRACIELA SCHARGORODSKY, ) Judge: GOLDGAR
)
Debtor(s) )

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mcguckin_m@lisle.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at Park City Branch Court, 301 S. Greenleaf Ave., Park City, IL 60085 and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Plan Post-Confirmation,** at which time and place you may appear.

     JUDGE:     GOLDGAR
     ROOM:     B
     DATE:      January 31, 2020
     TIME:      9:30 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: January 14, 2020         /s/ Christine H. Clar
                                                                                     Christine H. Clar, A.R.D.C. #6202332
                                                                                      Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Benjamin and Graciela Schargorodsky
437 Thorndale Ct.
Buffalo Gove, IL  60089

American Honda Finance Corp.
National Bankruptcy Center
P.O. Box 168088
Irving, TX  75016-8088

Illinois Student Assistance commission
1755 Lake Cook Rd.
Deerfield, IL  60015

Bank of America
P.O. Box 31785
Tampa, FL  33631-3785

Verizon/American InfoSource
4515 N. Santa Fe Ave.
Oklahoma City, OK  73118

Bank of America
P.O. Box 982284
El Paso, TX  79998-2238

LVNV Funding/Citibank
Resurgent Capital Services
P.O. box 10587
Greenville, SC  29603-0587

Capital One - c/o Becket & Lee
P.O. Box 3001
Malvern, PA  19355-0701

Navient PC Trust
P.O. Box 9640
Wilkes-Barre, PA  18773-9640

Citibank
701 East 60th St., North
Sioux Falls, SD  57117

US Dept. of Education
Claims Filing Unit
P.O. Box 8973
Madison, WI  53708-8973

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: )
 ) Chapter 13
BENJAMIN D. SCHARGORODSKY ) Case No. 20776
AND GRACIELA SCHARGORODSKY, ) Judge: GOLDGAR
 )
Debtor(s). )

## DEBTOR'S MOTION TO MODIFY
## THE CHAPTER 13 PLAN POST-CONFIRMATION

NOW COMES, THE DEBTOR, BENJAMIN D. SCHARGORODSKY AND GRACIELA SCHARGORODSKY, by and through their attorneys, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On July 12, 2017, the Debtors filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on September 8, 2017. That Glenn Stearns was appointed Trustee in this case.

3) The Debtors' Confirmed Modified Chapter 13 plan provides for payments of $400.00 monthly for an initial plan term of 18 months, $580.00 monthly for an additional 12 months, and $1,045.00 monthly for an additional 28 months with payments to the General Unsecured Creditors of 16% of their allowed claims, and a pot of $45,510.00.

4) The plan payment increases coincided with the time their automobiles were paid off. However, the timing of the increases were miscalculated. Debtor's plan was to increase in January 2020 to $1,045.00 based on the payoff of the Honda Odyssey. The Odyssey will not be paid off until December 2020. Therefore the increase would not be required until January 2021.

5) The Debtors propose to modify their Chapter 13 plan pursuant to 11 U.S.C. §1329 to $400.00 monthly for 18 months, $580.00 monthly for 12 months, $765.00 monthly for 11months, and $1,210.00 for 19 months. This corrects the time of the auto payoff and the amount of the monthly payment on the auto loan. The General Unsecured Creditors will still receive 16%, and the pot would change to $45,565.00

6) This proposal is made in good faith and without the intent to defraud creditors.

WHEREFORE, the Debtors, pray that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com